## MARY A. GOODIN AND HUSBAND v. MRS. ALICE ALLEN.

When the husband and wife both appear as plaintiffs in an action in revendication of the paraphernal property of the wife, the real plaintiff is the wife, authorized and assisted by her husband.

When in such case the affidavit to obtain a sequestration was made by the husband only, and he alone signed the sequestration bond, *held*, that the sequestration was properly dissolved.

APPEAL from the Fourth District Court of New Orleans, *Reynolds*, J. *R. & H. Marr*, for plaintiffs and appellants. *H. B. Eggleston*, for defendant.

SPOFFORD, J. The plaintiffs have appealed from a judgment dissolving an order of sequestration.

The suit is declared to be in revendication of the paraphernal property of the wife claimed by a third person. It results from the allegations of the petition, that the property in dispute was under the administration of the wife.

The husband and wife both appear as plaintiffs. The affidavit for the sequestration was made by the husband only, he alone signed the necessary bond.

On this ground the sequestration was dissolved.

The court did not err. The real plaintiff is the wife, authorized and assisted by her husband. "Actions relating to the ownership of the dotal or paraphernal property of the wife, or of some real rights belonging to her, must be brought by the wife, duly authorized by her husband, or by the Judge, if he fails to do it." C. P. 107.

The defendant had a right to require indemnity from the wife against the effects of a wrongful sequestration.

Judgment affirmed.